PATRICK W. KANG, ESQ.
State Bar No.: 010381
ERICA D. LOYD, ESQ.
State Bar No.: 010922
KANG & ASSOCIATES, PLLC.
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*
*Jocelyn Wong*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOCELYN WONG, an Individual,<br><br>Plaintiff,<br>vs.<br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, a Nevada Quasi-Government Agency; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02266 |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff JOCELYN WONG, by and through her attorneys, Patrick W. Kang, Esq. and Erica D. Loyd, Esq. of KANG & ASSOCIATES, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY by and through its attorneys, Theodore Parker, III, Esq. and Yadira R. Gibson, Esq., of PARKER NELSON & ASSOCIATES, CHTD, as follows:

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that all claims asserted or that could have been brought in the above-captioned action by the Plaintiff shall be and hereby are dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice and each party to bear its own costs and attorney fees.

**IT IS SO STIPULATED:**

Dated This 16 day of September, 2016.

**KANG & ASSOCIATES, PLLC.**

_____
PATRICK W. KANG, ESQ.
State Bar No.: 010381
ERICA D. LOYD, ESQ.
State Bar No.: 010922
6480 W. Spring Mtn. Rd., Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
*Attorneys for Plaintiff*

Dated This 15 day of September, 2016.

**PARKER NELSON & ASSOCIATES, CHTD.**

Respectfully Submitted,

_____
THEODORE PARKER, III, ESQ.
State Bar No.: 004716
YADIRA R. GIBSON, ESQ.
State Bar No.: 008637
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
P: 702.868.8000
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of October, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was made this day 16th of September, 2016, by depositing a true and exact copy thereof through the Electronic Case Filing system of the United States District Court, District of Nevada:

TO: Theodore Parker, III, Esq.
Yadira R. Gibson, Esq.
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
P: 702.868.8000
F: 702.868.8001

_____
An Employee of KANG & ASSOCIATES